LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
**1261 POST ROAD**
**FAIRFIELD, CONNECTICUT 06824**
**(203) 327-1500**
**FACSIMILE (203) 327-7660**

**MEMO ENDORSED**

Extension granted to August 30, 2024.

August 26, 2024

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

August 27, 2024

**Via ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Anthony Moreno
     7:24mj02653 (AEK)

Dear Judge Krause:

On August 19, 2024, the undersigned was appointed to represent Anthony Moreno in the above matter. On that day, the Court held a detention hearing and ordered that the defendant could be released on conditions, which conditions included the defendant signing a $75,000 non-surety bond which bond was to be co-signed by several financially responsible persons. The conditions of the bond were to be met by today, August 26, 2024. Although the government has agreed to the proffered "financially responsible" people, the undersigned requires an additional day or two to have these individuals sign the bond and return it to the clerk's office.

Wherefore, the undersigned respectfully requests that the Court extend to Friday, August 30, 2024, by which the release conditions are required to be met. The undersigned has discussed this request with AUSA Justin Brooks, who indicates that the government has no objection.

Respectfully submitted

__/s/ *Bruce D. Koffsky*__
Bruce D. Koffsky

BDK/me
cc:  Justin Brooks, AUSA