LAW OFFICES OF
# KOFFSKY & FELSEN, LLC
1261 POST ROAD
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660

**MEMO ENDORSED**

September 9, 2024

**Via ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

APPLICATION GRANTED

Hon. Victoria Reznik, U.S.M.J.

September 9, 2024

**Re:   United States v. Robert Moreno**
       **7:24-mj-02653-(AEK)**

Dear Judge Krause:

On or about August 19, 2024, I was appointed to represent Robert Moreno in the above matter. I am now informed that Mr. Moreno has retained private counsel and Attorney Jeffrey L. Greco has filed an appearance with the Court.

Therefore, the undersigned respectfully moves to withdraw his appearance for Mr. Robert Moreno as the defendant is ably represented by retained counsel.

Respectfully submitted

__/s/ *Bruce D. Koffsky*__
Bruce D. Koffsky

cc:   All Counsel of Record via ECF